COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-047-CV

METWEST, INC. D/B/A QUEST
 
APPELLANT

DIAGNOSTICS INCORPORATED

V.

MIGUEL RODRIGUEZ, JR., MIGUEL
 APPELLEES

RODRIGUEZ,
 AND LUCY RODRIGUEZ
 
 
 

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant Metwest Inc. d/b/a Quest Diagnostic Incorporated’s Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  October 2, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.